# Court of Appeals
# of the State of Georgia

ATLANTA, _January 24, 2024_

*The Court of Appeals hereby passes the following order:*

## A24A0867. RONISHA GUIDRY v. RESIDENTIAL HOME BUYER ATLANTA, LLC.

Residential Home Buyer Atlanta, LLC filed a dispossessory action against Ronisha Guidry. In an order entered on December 4, 2023, the state court granted Residential Home Buyer a default judgment and writ of possession. On December 21, 2023, Guidry filed a notice of appeal to this Court. We, however, lack jurisdiction.

Under OCGA § 44-7-56, an appeal from a trial court judgment in a dispossessory proceeding must be filed within seven days of the date the judgment was entered. See *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Jones*, 239 Ga. App. at 523. Guidry filed her notice of appeal 17 days after entry of the state court's order. Accordingly, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* _01/24/2024_

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*